# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MELISSA SVENDSEN, | ) |
| Plaintiff, | ) No. 3:10-cv-0920 |
| v. | ) Judge Sharp |
| WAL-MART STORES EAST, LP, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, *Plaintiff's Motion for Review by the Court of Defendant Wal-Mart's Award of Costs against Plaintiff Melissa Svendsen* (Docket Entry No. 101) is hereby GRANTED, and Defendant's Bill of Costs (Docket Entry No. 95) is hereby DENIED. Each party shall bear their own costs in this Court.

It is SO **ORDERED**.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE